UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| MIGUEL CARMONA-ZAMORA, | : | VIOLATIONS: |
| aka, Miguel Carmona-Zamorano | : | |
| MIGUEL CARMONA-SANCHEZ, | : | 18 U.S.C. § 1546(a) |
| | : | (Possession of Fraudulent Documents |
| Defendants. | : | Prescribed for Authorized Stay or |
| | : | Employment in the United States) |
| | : | |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft) |
| | : | |
| | : | 8 U.S.C. § 1326(a) |
| | : | Unlawful Reentry of a Removed Alien |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 10, 2005, within the District of Columbia, defendants **MIGUEL CARMONA-ZAMORA, aka, Miguel Carmona-Zamorano, and MIGUEL CARMONA-SANCHEZ** did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false social security

cards, a false resident alien card, a false permanent resident card, and a false employment authorization card, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about August 10, 2005, within the District of Columbia, defendant **MIGUEL CARMONA-ZAMORA, aka, Miguel Carmona-Zamorano,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count One of this indictment, and such means of identification consisted of false social security cards with the following social security numbers that are fully known by the Grand Jury and identified herein by the last four digits, "2908," "9284," "7832," and a false resident alien card with the following alien registration number that is fully known by the Grand Jury and identified herein by the last four digits, "5089."

**(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT THREE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about August 10, 2005, within the District of Columbia, defendant **MIGUEL CARMONA-SANCHEZ,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to

fraudulent and false documents, as specified in Count One of this indictment, and such means of identification consisted of a false social security card with the following social security number that is fully known by the Grand Jury and identified herein by the last four digits, "9011," and a false permanent resident card with the following alien registration number that is fully known by the Grand Jury and identified herein by the last four digits, "6356."

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT FOUR

On or about August 10, 2005, within the District of Columbia, defendant **MIGUEL CARMONA-ZAMORA, aka, Miguel Carmona-Zamorano**, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia