WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**MIGUEL CARMONA-ZAMORA,**<br>aka, Miguel Carmona-Zamorano<br>**MIGUEL CARMONA-SANCHEZ**<br><br>DOB: May 8, 1957    PDID: | DOCKET NO: 05-349    MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**MIGUEL CARMONA-ZAMORA,**<br>aka, Miguel Carmona-Zamorano<br><br>FILED |
| WARRANT ISSUED ON THE    Indictment | DISTRICT OF ARREST    SEP 29 2005 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY    NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States)

(Aggravated Identity Theft)

(Unlawful Reentry of a Removed Alien)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. § 1546(a)    8 U.S.C. § 1326(a)<br>18 U.S.C. § 1028A(a)(1) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA**<br>CLERK OF COURT:<br>Nancy Mayer-Whittington | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br><br>DEPUTY CLERK: | DATE ISSUED:<br>**September 15, 2005**<br>DATE: 9/15/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9-15-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Sean McLeod  SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE EXECUTED<br>9-29-05 | | |