UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. Case No.: 1:05-cr-349(JR) |
| | : | |
| v. | : | |
| | : | |
| **MIGUEL CARMONA-ZAMORA** | : | |

# ORDER

Upon consideration of defendant Miguel Carmona-Zamora's motion to dismiss Count 2 of the Indictment, this Court, after review of the record, and in consideration of the government's position, hereby **GRANTS** the defense motion. Accordingly, Count 2 is **DISMISSED.**

**SO ORDERED** this _____ day of November 2005.

_____
James Robertson
United States District Court Judge