IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim. Case No. 05-349 (JR) |
| | : |
| **v.** | : |
| | : |
| **MIGUEL CARMONA-ZAMORA,** | : |
| **MIGUEL CARMONA-SANCHEZ,** | : |
| | : |
| **Defendants.** | : |

### ORDER

Upon consideration of the Joint Motion to Continue Status Hearing, and for good cause shown, it is this _____ day of January, 2006,

ORDERED, that the status hearing scheduled for January 31, 2006, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a status hearing on February _____, 2006, at _____a.m./p.m.

_____
JAMES ROBERTSON
United States District Judge