UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-349 (JR) |
| MIGUEL CARMONA-ZAMORA | : |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned counsel on behalf of the Defendant.

> Stephen F. Brennwald, Esq.
> Bar No. 398319
> Brennwald & Robertson, LLP
> 922 Pennsylvania Avenue, S.E.
> Washington, D.C.  20003
> (202) 544-1990
> (202) 544-5003 (facsimile)
> (301) 928-7727 (cell)
> E-mail:  sfbrennwald@cs.com