IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 05-349 (JR) |
| | : | |
| v. | : | FILED |
| | : | |
| MIGUEL CARMONA-ZAMORA, | : | VIOLATION: JUN 3 0 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | 18 U.S.C. § 1546(a) U.S. DISTRICT COURT |
| Defendant. | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or |
| | : | Employment in the United States) |

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on August 10, 2005, defendant **MIGUEL CARMONA-ZAMORA** ("Carmona-Zamora" or "defendant") committed the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546(a), and Unlawful Reentry of a Removed Alien, in violation of 8 U.S.C. § 1326(a).

The defendant is a Mexican national who entered, and is present, in the United States illegally. On August 10, 2005, special agents from U.S. Immigration and Customs Enforcement ("ICE") went to Apartment 303, 2523 13th Street, NW, Washington, D.C., and knocked on the door. **Miguel Carmona-Zamora** answered the door and the agents engaged him in a conversation. During the brief conversation, the agents established that both the defendant, and his son, Miguel

Carmona-Sanchez, who was also in the apartment, were present in the United States illegally. The defendants then permitted the agents to search the apartment and the agents found several fraudulent identification cards. The following fraudulent identification cards were determined to be in the possession of **Carmona-Zamora**:

1) a fake resident alien card, bearing the defendant's photo, in the name of Miguel Carmona Z, alien number A*****5089. ICE has identified this "A" number as being assigned to a real person other than the defendant.

2) a fake social security card in the name of Miguel Carmona Z, SSN ***-**-2908. The Social Security Administration has identified this SSN as belonging to a real person other than the defendant.

Real alien registration and social security cards are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States. The defendant admits that he knowingly and willfully possessed the fake social security card and alien registration card, and that he had no lawful authority to possess those documents.

The defendant has been previously deported from the United States. He was arrested in or near Nogales, Arizona on July 3, 2004. On July 13, 2004, an immigration judge ordered the defendant deported from the U.S., and he received a warning that he could not return to the U.S. for a period of 10 years without the prior approval of the Attorney General of the United States. The defendant was deported to Mexico on July 13, 2004. Despite the warning, the defendant subsequently returned to the District of Columbia, without permission to enter the U.S.

On August 10, 2005, ICE agents found the defendant at Apt. 303, 2523 13th Street, NW, Washington, D.C. Accordingly, he was present in the U.S., after removal, in violation of federal law.

                          Respectfully submitted,

                          KENNETH L. WAINSTEIN
                          United States Attorney, #451058

By:                          _____
                          FREDERICK W. YETTE, # 385391
                          Assistant United States Attorney
                          Federal Major Crimes Section
                          555 4th Street, N.W., 4th Floor
                          Washington, D.C.  20530
                          (202) 353-1666
                          Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read entirely this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. The facts set forth above are true and accurate. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

06/30/06
Date

_____
Miguel Carmona-Zamora

## Defense Counsel's Acknowledgment

I am Miguel Carmona-Zamora's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

__6-30-06__  
Date

_____  
Stephen Brennwald, Esq.